UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Harry E. Sibley – Case No. 1:16-cv-00539

## **STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Case Management Order No. 32, and upon review of the Seventh Circuit Court's decision in *Sykes v. Cook Inc.*, 72 F.4th 195 (7th Cir. 2023), Plaintiff in the above-captioned case acknowledges that, based on review of the evidence, the amount in controversy in this matter does not exceed the jurisdictional threshold of $75,000, exclusive of interest and costs, as required for this Court's exercise of subject matter jurisdiction. *See* 28 U.S.C. § 1332(a).

Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and the Cook Defendants stipulate to the dismissal of all claims in this action without prejudice for lack of subject-matter jurisdiction. Each party shall bear its own fees and costs.

Dated: January 29, 2026

| | |
|---|---|
| */s/Joshua S. Kincannon* | */s/ Andrea Roberts Pierson* |
| Joshua S. Kincannon | Andrea Roberts Pierson |
| Wilentz, Goldman & Spitzer, P.A. | Faegre Drinker Biddle & Reath LLP |
| 90 Woodbridge Center Dr., Suite 900 | 300 North Meridian Street, Suite 2500 |
| Woodbridge, New Jersey 07095 | Indianapolis, Indiana 46204 |
| Telephone: (732) 855-6141 | Telephone: (317) 237-0300 |
| Facsimile: (732) 726-6541 | Facsimile: (317) 237-1000 |
| Email: jkincannon@wilentz.com | Email: andrea.pierson@faegredrinker.com |
| | |
| *Attorney For Plaintiff(s)* | *Attorney for Defendants* |

**CERTIFICATE OF SERVICE**

I hereby certify that on the 29th day of January 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Andrea Roberts Pierson